# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEFFREY LEDBETTER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 1:19-cr-00002-2<br>USM No. 26045-075<br><br>Meggan Sullivan<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, 3 and 4__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of local crime | 06/24/2024 |
| 2 | Unlawful use of a controlled substance | 03/18/2025 |
| 3 | Failure to report for random drug testing | 03/13/2025 |
| 4 | Failure to report to communicate with U.S. Probation | 02/13/2025 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Numbers _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1248

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Pulaski, TN

04/15/2025
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 15, 2025
Date

DEFENDANT: JEFFREY LEDBETTER
CASE NUMBER: 1:19-cr-00002-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time served (29 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JEFFREY LEDBETTER
CASE NUMBER: 1:19-cr-00002-2

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

2 years - 2 years under the same conditions as previously imposed with two additional conditions:

1. Successfully participate in and complete a 28-day inpatient treatment program at Buffalo Valley, Inc.'s facility in Lewisburg, Tennessee and

2. Successfully participate in and complete a 26-week domestic violence treatment program, which could be the particular program that he has started at the direction of Davidson County General Sessions Court, but not yet completed.