# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| JEFFREY LEDBETTER | ) |
| | ) Case No   1 19-cr-00002-2 |
| | ) USM No. |
| | ) James A  Simmons |
| | ) _____ |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)     __1, 2, 3, 4 and 6__     of the term of supervision

☐ was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations·

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a state crime | 09/05/2025 |
| 2 | Unlawful use of a controlled substance | 07/31/2025 |
| 3 | Failure to report fo random drug testing | 10/09/2025 |
| 4 | Failure to answer and return phone calls from probation officer | 07/01/2026 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

✓    Upon Government's oral motion, Violation No. 5 is dismissed

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid   If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc  Sec  No  _____

Defendant's Year of Birth     _____

City and State of Defendant's Residence

_____

__July 1, 2026__
Date of Imposition of Judgment

__Eli Richardson__
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

__July 8, 2026__
Date

DEFENDANT: JEFFREY LEDBETTER
CASE NUMBER. 1 19-cr-00002-2

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 | Failure to notify probation officer of arrest | 10/26/2025 |

Judgment — Page __3__ of __4__

DEFENDANT: JEFFREY LEDBETTER
CASE NUMBER: 1 19-cr-00002-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ·

9 months

☐  The court makes the following recommendations to the Bureau of Prisons

☑  The defendant is remanded to the custody of the United States Marshal

☐  The defendant shall surrender to the United States Marshal for this district·

    ☐  at _____ ☐ a m ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ☐  before 2 p m  on _____ .

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows.

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT.   JEFFREY LEDBETTER
CASE NUMBER.   1 19-cr-00002-2

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

No term of supervised release to follow